**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TENIYA BOOKER,<br><br>Plaintiff,<br><br>IAN FOLEY,<br><br>Plaintiff,<br><br>v.<br><br>AZUROUS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01937 |

**AGREED MOTION TO STAY**

Defendant Azurous Inc., by its undersigned counsel, respectfully moves this Court to stay all deadlines in this action through July 6, 2026. In support of its motion, Defendant states as follows:

1. By order dated April 20, 2026, this Court extended Defendant's deadline to respond to the Complaint to May 20, 2026, set an initial status hearing for May 28, 2026, and directed the parties to file a joint initial status report by May 20, 2026. (ECF No. 13.)

2. Plaintiff and Defendant jointly desire to stay all deadlines in this action through and including July 6, 2026.

3. The parties request this stay because they are finalizing discussions that will bring about the voluntary dismissal of all claims asserted in this action without further litigation. As soon as the parties complete these efforts, voluntary dismissal will be filed.

4. Plaintiff's counsel consented to Defendant's counsel filing this agreed motion to stay.

5. Furthermore, this Motion is filed in good faith and is not interposed for the purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court stay all deadlines in this action through July 18, 2026.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Joshua B. Concannon*

Joshua B. Concannon
DENTONS US LLP
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8919
*joshua.concannon@dentons.com*

*Counsel for Defendant Azurous Inc.*