**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Teniya Booker, et al.

Plaintiff,

v.

Case No.: 1:26−cv−01937
Honorable Georgia N. Alexakis

Azurous Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants Defendant's unopposed motion to stay [14]. The parties are directed to file dismissal papers by 7/6/2026. The 5/28/2026 status hearing is reset for 7/14/2026 at 9:30 a.m., although that hearing will be vacated if the matter has been dismissed beforehand. All other pending deadlines and hearings are vacated, including the 5/26/2026 presentment hearing. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.